Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12829−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Alberto DeJesus−Gallego Sr.
　aka Alberto DeJesus, aka Alberto D.
　Gallego
　17 Hillside Drive
　Swedesboro, NJ 08085

Social Security No.:
　xxx−xx−0439

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/19.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2019
JAN: bc

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-12829-ABA
Alberto DeJesus-Gallego, Sr.                                    Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 26, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Alberto DeJesus-Gallego, Sr.,    17 Hillside Drive,    Swedesboro, NJ 08085-1372
cr              Rushmore Loan Management Services LLC,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, CA 92618-2132
lm             +Rushmore Loan Management Services, LLC,    1755 Wittington Place,    Suite 400,
                 Dallas, TX 75234-1928
518144034      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518021875      +KML, Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
518021876      +Lending Club / Credit Corp Solutions,    63 East 11400 South #408,    Sandy, UT 84070-6705
518021877      +National Enterprise Systems,    2479 Edison Blvd.,    Twinsburg, OH 44087-2475
518021878      +Rushmore Loan Management Services,    PO Box 814529,    Dallas, TX 75381-4529
518169069      +Rushmore Loan Management Services LLC,    P.O. Box 55004,    Irvine, CA 92619-5004
518178507      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518181445      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518021880      +WebBank,    15 South State Street,    Suite 800,    Salt Lake City, UT 84111-1518
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518021872       EDI: BANKAMER.COM Jul 27 2019 04:28:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998
518021871      +EDI: BANKAMER2.COM Jul 27 2019 04:28:00      Bank of America,    PO Box 982234,
                 Wilmington, DE 19886-0001
518021873      +EDI: CHASE.COM Jul 27 2019 04:28:00      Chase,    PO Box 15123,   Wilmington, DE 19850-5123
518021874      +EDI: CITICORP.COM Jul 27 2019 04:28:00      Citi,    Box 6500,   Sioux Falls, SD 57117-6500
518195387       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518021879      +EDI: TFSR.COM Jul 27 2019 04:28:00      Toyota Financial Services,    PO Box 4102,
                 Carol Stream, IL 60197-4102
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Horn    on behalf of Debtor Alberto  DeJesus-Gallego, Sr. ehorn@vogelbachpc.com,
               g31738@notify.cincompass.com,
               lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.best
               case.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services LLC dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    Rushmore Loan Management Services LLC swest@pbslaw.org
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2019
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8