Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.:  19−12829−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberto DeJesus−Gallego Sr.
   aka Alberto DeJesus, aka Alberto D.
   Gallego
   17 Hillside Drive
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−0439

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 10, 2019</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                     Judge, United States Bankruptcy Court